FILED
2016 May-09 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| ROBERT A. PILAND, JR. and TERRY L. PILAND, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | No. 5:15-CV-0819-CLS ) ) |
| BANK OF AMERICA, N.A., | ) ) |
| Defendant. | ) ) ) |

## ORDER OF DISMISSAL

Pursuant to the parties' "Stipulation of Dismissal with Prejudice" (doc. no. 25), it is ORDERED that all claims embraced herein are DISMISSED with prejudice. Costs are taxed as paid. The Clerk is directed to close this file.

DONE this 9th day of May, 2016.

_____
United States District Judge